**COZEN O'CONNOR**
BY:    Melanie A. Miller (MM 2992)
144-B West State Street
Trenton, New Jersey 08608
(609) 989-8620 Telephone
(856) 910-5075 Facsimile

457 Haddonfield Road, Suite 300
Cherry Hill, NJ  08002
(856) 910-5000 - Telephone
(856) 910-5075 – Facsimile
mmiller@cozen.com – E-Mail

Attorneys for Plaintiff
Celgene Corporation and
Anthrogenesis Corporation

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Celgene Corporation and** **Anthrogenesis Corporation t/a LifebankUSA,** | : |
| Plaintiffs, | : |
| | : **Civil Action Number:** |
| v. | : **2:11-CV-02409-FSH-PS** |
| **Americord Registry LLC and** **Martin Smithmyer, individually,** | : |
| Defendants. | : |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A) OF DEFENDANTS AMERICORD REGISTRY LLC AND MARTIN SMITHMYER

Plaintiffs, Celgene Corporation and Anthrogenesis Corporation, filed their Complaint in this litigation on April 27, 2011.  Defendants were formally served with the Complaint on May 6, 2011.  Defendants have not filed a response to the Complaint.

The parties have resolved their differences relating to this litigation.

-2-

THEREFORE, IT IS HEREBY STIPULATED by plaintiff, through its designated counsel, that this matter may be dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a).

A Proposed Order is attached for the Court's convenience.

Dated: July 29, 2011                               Respectfully submitted,

                                                   /s/ Melanie A. Miller
                                                   **COZEN O'CONNOR**
                                                   BY:   Melanie A. Miller (MM 2992)
                                                   144-B West State Street
                                                   Trenton, New Jersey 08608
                                                   (609) 989-8620 Telephone
                                                   (856) 910-5075 Facsimile

                                                   457 Haddonfield Road, Suite 300
                                                   Cherry Hill, NJ  08002
                                                   (856) 910-5000 - Telephone
                                                   (856) 910-5075 – Facsimile
                                                   mmiller@cozen.com – E-Mail

                                                   Attorneys for Plaintiff
                                                   Celgene Corporation and
                                                   Anthrogenesis Corporation

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the forgoing was filed electronically through this Court's ECF System and is available for viewing and downloading from this Court's ECF System. I further certify that an electronic copy of the foregoing was served upon all counsel of record through this Court's ECF System at the e-mail address listed in the Court's database as follows:

**SETH R. GOLDMAN**
srgoldman@mintz.com; docketing@mintz.com

I further certify that a copy of the foregoing was served upon counsel for Defendants via First Class Mail, postage pre-paid at the following address:

Dominic Picca
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue
New York, NY 10017


Dated: July 29, 2011

/s/ Melanie A. Miller
Melanie A. Miller